```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RAINBOW POPCORN COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 7:06CV5015 |
| | ) | |
| v. | ) | |
| | ) | |
| INTER-GRAIN SPECIALTY PRODUCTS, LLC, an Indiana Limited Liability Company, et al., | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Defendant Inter-Grain Specialty Products, LLC's motion, filing 35, to dismiss without prejudice its fraud count contained within Count IV of its counterclaim is granted in accordance with counter-defendant Rainbow Popcorn Company's notice, filing 36.

DATED this 19th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge