IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAINBOW POPCORN COMPANY, INC., a Nebraska Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERGRAIN SPECIALTY PRODUCTS, L.L.C., an Indiana Limited Liability Company, ALMCO, INC., an Indiana corporation, and JOHN WALTHALL, an individual,<br><br>　　　　Defendants. | 7:06CV5015<br><br>ORDER |

　　IT IS ORDERED,

　　1.  The joint motion of the parties for continuance, filing 45, is granted.

　　2.  The pretrial conference is continued from October 12, 2007 to January 16, 2008 at 11:00 a.m. in chambers, third floor, United States Post Office and Federal Building, 300 East 3rd Street, North Platte, Nebraska.

　　3.  Jury trial is continued from October 29, 2007 to 1:00 p.m., February 11, 2008, for a duration of five trial days before the undersigned in the courtroom, third floor, United States Post Office and Federal Building, 300 East 3rd Street, North Platte, Nebraska.  Jury selection will be held at commencement of trial.

　　DATED this 26th day of July, 2007.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ *David L. Piester*
　　　　　　　　　　　　　　　　David L. Piester
　　　　　　　　　　　　　　　　United States Magistrate Judge