IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RAINBOW POPCORN COMPANY,      )
Inc., a Nebraska Corporation, )
                              )
            Plaintiff,        )          7:06CV5015
                              )
        v.                    )
                              )
INTERGRAIN SPECIALTY          )          MEMORANDUM AND ORDER
PRODUCTS, L.L.C., an Indiana  )
Limited Liability Company,    )
ALMCO, Inc., an Indiana       )
corporation, and JOHN         )
WALTHALL, an Individual,      )
                              )
            Defendants.       )
                              )
_____ )

        In response to my memorandum and order of August 21, 2007,
counsel have reported that they have resolved most of their
differences on the subjects of the motions to compel, with the
exception of the matter of a protective order covering the
invoices evidencing sales of popcorn.  Although the protective
order suggested to the court covers only invoices that are
referenced in certain Bates-stamped documents, it seems to me
that it should apply to all documents produced in this case by
any party, unless counsel agree otherwise.  If counsel are not
claiming confidentiality, they need not, of course, designate
documents as confidential.  I have redrafted the proposed order
accordingly and have made other alterations as well.

        IT THEREFORE HEREBY IS ORDERED:

        1.  Final ruling on the parties' motions to compel, filings
46 and 48, will be reserved until counsel notify the court that
there remain disputes to be resolved.

2.  A separate protective order will be entered.

DATED this 18th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge