```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RAINBOW POPCORN COMPANY, Inc., a Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 7:06CV5015 |
| v. | ) ) | |
| INTERGRAIN SPECIALTY PRODUCTS, L.L.C., an Indiana Limited Liability Company, ALMCO, INC., an Indiana corporation, and JOHN WALTHALL, an Individual, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Upon the suggestion in bankruptcy (filing 94) filed by counsel for plaintiff,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska pursuant to NEGenR 1.5(a)(1);

2. The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 7th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge