```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RAINBOW POPCORN COMPANY, Inc., a Nebraska Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 7:06CV5015 |
| v. | ) ) | |
| INTERGRAIN SPECIALTY PRODUCTS, L.L.C., an Indiana Limited Liability Company, ALMCO, Inc., an Indiana corporation, and JOHN WALTHALL, an Individual, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

1. The report and recommendation of the United States Bankruptcy Judge, filing 96, is adopted and the reference of this matter to the United States Bankruptcy Court is withdrawn.

2. The parties shall confer and inform the undersigned within ten days of their views as to the further progression of this case and when this case can be ready for trial.

DATED this 7th day of March, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge