IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Rainbow Popcorn Company, Inc, a Nebraska Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>Inter-Grain Specialty Products, LLC, an Indiana Limited Liability Company, ALMCO, Inc., an Indiana Corporation, and John Walthall, an Individual,<br><br>  Defendants.<br><br><br>Inter-Grain Specialty Products, LLC, ALMCO, Inc., and John Walthall, Individually,<br><br>  Counterclaimants,<br><br>  v.<br><br>Rainbow Popcorn Co., Inc.<br><br>  Counter-Defendant.<br><br><br>Inter-Grain Specialty Products, LLC, ALMCO, Inc., and John Walthall, Individually,<br><br>  Third-Party Plaintiffs,<br><br>  v.<br><br>Rainbow Grain Co., Inc.,<br><br>  Third-Party Defendant. | Case No.:  7:06 CV 5015<br><br>**ORDER** |

  This matter having come before the Court on The Parties' Views As To The Further Progression Of This Case, and the Court

having examined the same and being duly advised in the premises hereby GRANTS the same.

    IT THEREFORE HEREBY IS ORDERED:

    1.   Defendants, Counterclaimants, and Third-Party Plaintiffs, Inter-Grain Specialty Products, LLC, ALMCO, Inc., and John Walthall, Individually, shall have up to fifteen (15) days from the date of this Order in which to file their Response in Opposition to Plaintiff's Motion to Compel and Motion for Sanctions and Motion for a Protective Order;

    2.   Plaintiff shall have fifteen (15) days after Defendants, Counter-Claimants, and Third-Party Plaintiffs file their Response in Opposition to Plaintiff's Motion to Compel and Motion for Sanctions and Motion for Protective Order to file its Reply in support thereof;

    3.   Defendants, Counterclaimants, and Third-Party Plaintiffs, Inter-Grain Specialty Products, LLC, ALMCO, Inc., and John Walthall, Individually, shall have up to fifteen (15) days from the date of this Order in which to file their Reply in Support of Their Motion to Strike Plaintiff's Supplemental Trial Rule 26(a) Disclosures;

    4.   The parties shall have ten (10) days after this Court rules on the currently pending Motions, specifically: (a) Defendants, Counterclaimants, and Third-Party Plaintiffs' Motion to Strike Supplemental Trial Rule 26 Disclosure and Expert Witness Designation; (b) Plaintiff and Counter-Defendant, Rainbow Popcorn Co., Inc., and Third-Party Defendant, Rainbow Grain Co., Inc.'s Motion to Amend Complaint; (c) Plaintiff and Counter

Defendant, Rainbow Popcorn Co., Inc.'s, and Rainbow Grain, Co., Inc.'s, Motion to Strike Expert Witness; and (d) Plaintiff, Rainbow Popcorn Company, Inc.'s, and Third-Party Defendant, Rainbow Grain Company Inc.'s, Motion to Compel and Motion for Sanctions, to report as to their views as to the further progression of this case and when the parties believe this case can be ready for trial.

Dated this 18th day of March, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge