IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RAINBOW POPCORN COMPANY,                )
Inc., a Nebraska Corporation,           )
                                        )
            Plaintiff,                  )           7:06CV5015
                                        )
        v.                              )
                                        )
INTERGRAIN SPECIALTY                    )           ORDER
PRODUCTS, L.L.C., an Indiana            )
Limited Liability Company,              )
ALMCO, Inc., an Indiana                 )
corporation, and JOHN                   )
WALTHALL, an Individual,                )
                                        )
            Defendants.                 )
                                        )

        Upon consideration of pending matters,

        IT IS ORDERED:

        1.  The motion for reconsideration, filing 121, is denied.

        2.  Trial of this matter is set to commence at **1:30 p.m. on
May 26, 2009** for a duration of eight trial days in the courtroom,
third floor, United States Post Office and Federal Building, 300
East 3rd Street North Platte, Nebraska, before the undersigned
magistrate judge.  Jury selection will be held at commencement of
trial.

        3.  The pretrial conference will be held at **12:30 p.m.,
April 13, 2009** before a magistrate judge in chambers, third
floor, United States Post Office and Federal Building, 300 East
3rd Street, North Platte, Nebraska.

        DATED this 21st day of October, 2008.

                            BY THE COURT:

                            s/ *David L. Piester*
                            David L. Piester
                            United States Magistrate Judge