# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Rainbow Popcorn Company, Inc, a Nebraska Corporation, | ) ) ) |
| Plaintiff, | ) ) ) Case No.: 7:06 CV 5015 |
| v. | ) ) |
| Inter-Grain Specialty Products, LLC, an Indiana Limited Liability Company, ALMCO, Inc., an Indiana Corporation, And John Walthall, an Individual, | ) ) ) ) ) |
| Defendants. | ) ) |
| Inter-Grain Specialty Products, LLC, ALMCO, Inc., and John Walthall, Individually, | ) ) ) ) |
| Counterclaimants, | ) ) |
| v. | ) ) |
| Rainbow Popcorn Co., Inc. | ) ) |
| Counter-Defendant. | ) ) |
| Inter-Grain Specialty Products, LLC, ALMCO, Inc., and John Walthall, Individually, | ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| Rainbow Grain Co., Inc., | ) ) |
| Third-Party Defendant. | ) |

## ORDER

This matter having come before the Court on Defendants, Counterclaimants, and Third-Party Plaintiffs, Inter-Grain Specialty Products, LLC's, ALMCO, Inc.'s, and John Walthall's, Individually, and Plaintiff, Counter-Defendant, and Third-Party Defendant, Rainbow Popcorn Company, Inc.'s and Rainbow Grain Co., Inc.'s, Stipulation to Dismiss, and the Court having examined the same and being duly advised in the premises, hereby **GRANTS** the same.

**IT IS, THEREFORE, ORDERED, ADJUDED, AND DECREED** that this matter is hereby **DISMISSED, WITH PREJUDICE,** each party to bear their own respective costs and fees.

Entered this 3rd day of December, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

Distribution:

Jason M. Massaro
Tabbert Hahn Earnest & Weddle, LLP
One Indiana Square, Suite 1900
Indpls., IN 46204

Terrance O. Waite
S. David Schreiber
WAITE, McWHA & HARVAT
116 N. Dewey
P.O. Box 38
North Platte, NE 69101